970

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NATE P. PASSARO, Defendant-Appellant.

(No. 58423; )

First District (3rd Division)—November 7, 1974.

PER CURIAM.

Edward M. Genson, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Barry Rand Elden, and Jane Bularzik, Assistant State's Attorneys, of counsel), for the People.